UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PIPE VIPER LLC,

    Plaintiff,

v.	CASE NO.: 8:13-cv-3202-T-23TBM

AUTOMATIC COATING LIMITED,
et al.,

    Defendants.
_____/

**ORDER**

On January 27, 2014, the defendants moved (Doc. 8) to compel arbitration and to stay this action pending arbitration under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. § 206. The plaintiff fails to respond and the time for responding expired.

Under the Convention, a district court "must order arbitration" if "(1) there is an agreement in writing within the meaning of the Convention; (2) the agreement provides for arbitration in the territory of a signatory of the Convention; (3) the agreement arises out of a legal relationship, whether contractual or not, which is considered commercial; and (4) a party to the agreement is not an American citizen, or that the commercial relationship has some reasonable relation with one or more foreign states." *Bautista v. Star Cruises*, 396 F.3d 1289, 1294 n.7 (11th Cir. 2005). The

defendants' papers satisfy each requirement.  In accord with the parties' arbitration agreement (Docs. 8-1 and 8-2), the parties must arbitrate the plaintiff's claims against the defendants.  *Bautista*, 396 F.3d. at 1294 n.7; *Industrial Risk Ins. v. M.A.N. Gutehoffnungshutte GmgH*, 141 F.3d 1434, 1440 (11th Cir. 1998).  The motion (Doc. 8) is **GRANTED**, and the parties will proceed to arbitration in Wilmington, Delaware.  This action is **STAYED** pending arbitration.

The clerk (1) will terminate any pending motion and (2) will administratively close the case pending notice from a party that the arbitration is complete.

ORDERED in Tampa, Florida, on February 25, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE